IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-744-BO-KS

| | | |
|---|---|---|
| JORDAN DUBLIN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NAVY FEDERAL CREDIT UNION, | ) | |
| Defendant. | ) | |

On June 11, 2025, the Court notified plaintiff that the failure to pay the filing fee by June 19, 2025, would result in dismissal of this action for failure to prosecute. [DE 10]. Plaintiff has failed to pay the filing fee, and the time for doing so has expired.

The complaint is therefore DISMISSED without prejudice for failure to prosecute.

SO ORDERED, this __ day of June 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE