UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JORDAN DUBLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| NAVY FEDERAL CREDIT UNION, | ) | 5:24-CV-744-BO-KS |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
On June 11, 2025, the Court notified plaintiff that the failure to pay the filing fee by June 19, 2025, would result in dismissal of this action for failure to prosecute. [DE 1 O]. Plaintiff has failed to pay the filing fee, and the time for doing so has expired.

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint is therefore DISMISSED without prejudice for failure to prosecute.

This case is closed.

**This judgment filed and entered on June 25, 2025, and served on:**
Jordan Dublin (via CM/ECF Notice of Electronic Filing)

                                              **PETER A. MOORE, JR., CLERK**

June 25, 2025                             /s/Lindsay Stouch
                                                By: Deputy Clerk